UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLE KRIDER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | 1:14-cv-26 |
| v. | : | |
| | : | Hon. John E. Jones III |
| STATE OFFICER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### February 20, 2014

In accordance with the Memorandum issued on today's date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's Amended Complaint (Doc. 11) is **DISMISSED WITH PREJUDICE.**

2. The above-captioned action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order will be deemed frivolous, lacking merit, and not taken in good faith.

s/ John E. Jones III
John E. Jones III
United States District Judge
